U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08 cv 2729
WESTERN SUGAR COOPERATIVE, INC. v.
OLMARC PACKAGING

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WESTERN SUGAR COOPERATIVE, INC.

| NAME (Type or print) |
| --- |
| George M. Hoffman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ George M. Hoffman |

| FIRM |
| --- |
| Stamos & Trucco, LLP |

| STREET ADDRESS |
| --- |
| 30 W. Monroe Street, Suite 1600 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6180738 | (312) 630-7979 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of his **Appearance** by via electronic filing on May 29, 2008, addressed as follows:

| | |
|---|---|
| Alexandra Rosenblatt | Alison Lee Berry |
| Baker & Hostetler, LLP | Woodrow & Sobel, P.C. |
| 303 East 17th Avenue | 999 18th Street |
| #1100 | #2550 |
| Denver, CO 80203-1264 | Denver, CO 80202-2499 |
| 303-764-4096 | 303-296-1400 |

By: /s/ George M. Hoffman

Michael T. Trucco (6183389)
George M. Hoffman (6180738)
STAMOS & TRUCCO LLP
30 West Monroe Street
Suite 1600
Chicago, Illinois 60603
(312) 630-7979
(312) 630-1183 (facsimile)