U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 08 cv 2729
WESTERN SUGAR COOPERATIVE, INC. v.
OLMARC PACKAGING

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
WESTERN SUGAR COOPERATIVE, INC.

| NAME (Type or print) |
| --- |
| Michael T. Trucco |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael T. Trucco |
| FIRM |
| Stamos & Trucco, LLP |
| STREET ADDRESS |
| 30 W. Monroe Street, Suite 1600 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6183389 | (312) 630-7979 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of his **Appearance** by via electronic filing on May 29, 2008, addressed as follows:

| | |
|---|---|
| Alexandra Rosenblatt<br>Baker & Hostetler, LLP<br>303 East 17th Avenue<br>#1100<br>Denver, CO 80203-1264<br>303-764-4096 | Alison Lee Berry<br>Woodrow & Sobel, P.C.<br>999 18th Street<br>#2550<br>Denver, CO 80202-2499<br>303-296-1400 |

By:  /s/ Michael T. Trucco

Michael T. Trucco (6183389)
George M. Hoffman (6180738)
STAMOS & TRUCCO LLP
30 West Monroe Street
Suite 1600
Chicago, Illinois 60603
(312) 630-7979
(312) 630-1183 (facsimile)